```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION


JACOB PERRY JOHNSEY                                    PLAINTIFF

VS.                          CIVIL ACTION NO. 5:13-cv-75(DCB)(MTP)

CORRECTIONS CORPORATION OF AMERICA, et al.            DEFENDANTS
```

ORDER

This cause is before the Court on the Report and Recommendation of Magistrate Judge Michael T. Parker **(docket entry 9)**, the plaintiff's motion to extend service of process deadline **(docket entry 11)**, and the defendants' motion to extend deadlines for responsive pleadings **(docket entry 14)**.

Magistrate Judge Parker entered his Report and Recommendation on October 25, 2013, recommending that defendants William Quinn and Henry King, III be dismissed for failure to serve process pursuant to Fed.R.Civ.P. 4(m).  The Court had previously ordered that the defendants be served by July 1, 2013.  Unknown to the Court, the parties reached an agreement by which the deadline for service of process was extended to November 1, 2013.  Both defendant Quinn and defendant King were served on October 25, 2013, coincidentally the date of Magistrate Judge Parker's Report and Recommendation.  The plaintiff has now filed an unopposed motion to extend the service of process deadline nunc pro tunc to November 1, 2013.  The defendants have filed an unopposed motion to extend the deadline for responsive pleadings to December 6, 2013.

In light of the parties' agreement, the Report and Recommendation is moot and will not be adopted.  The relief sought by the parties will be granted.  The parties are reminded to keep the Court informed of any private agreements affecting deadlines.

Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Michael T. Parker **(docket entry 9)** is moot and therefore NOT ADOPTED;

FURTHER ORDERED that the plaintiff's motion to extend service of process deadline nunc pro tunc to November 1, 2013 **(docket entry 11)** is GRANTED;

FURTHER ORDERED that the defendants' unopposed motion to extend deadlines for responsive pleadings to December 6, 2013 **(docket entry 14)** is GRANTED.

SO ORDERED, this the 22nd day of November, 2013.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE